*Court Of Appeals*
*Fourth Court of Appeals District of Texas
San Antonio*


# MEMORANDUM OPINION

No. 04-10-00252-CV

Natalia A. **FALDT**,
Appellant

v.

Chad **FALDT**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-08569
Honorable David A. Berchelmann, Jr., Judge Presiding

PER CURIAM

Sitting:      Phylis J. Speedlin, Justice
                Rebecca Simmons, Justice
                Steven C. Hilbig, Justice

Delivered and Filed: May 12, 2010

DISMISSED FOR WANT OF PROSECUTION

The clerk's record, which was due on March 15, 2010, has not been filed. On April 1, 2010, this court ordered appellant to provide written proof by April 12, 2010 that either: (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee, or (2) appellant is entitled to appeal without paying the clerk's fee. The order further warned appellant that failure to timely respond would result in dismissal of the appeal. Appellant did not respond. The appeal is dismissed

for want of prosecution.  *See* TEX. R. APP. P. 37.3(b), 42.3(b).  Costs of the appeal are taxed against appellant.

PER CURIAM